AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOCTOR B. JONES,<br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF THE NAVY,<br>DR. DONALD C. WINTER, SECRETARY,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:07-CV-165-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss or for Summary Judgment is ALLOWED, Plaintiff's Motion for Summary Judgment is DENIED, and Plaintiff's motion is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 21, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Doctor B. Jones<br>102 Lee K Allen Drive<br>Havelock, NC 28532 | Steve R. Matheny<br>310 New Bern Ave., Suite 800<br>Raleigh, NC 27601-1461 |

| | |
|---|---|
| March 21, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Enyart<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |